| | |
|---|---|
| HELEN B. KIM (HK-8757) | RICHARD CASHMAN (RC-4769) |
| BAKER & HOSTETLER LLP | HELLER EHRMAN LLP |
| 12100 Wilshire Blvd, Suite 1500 | Times Square Tower |
| Los Angeles, CA 90025 | 7 Times Square |
| (213) 975-1600 (Telephone) | New York, NY 10036-6524 |
| (310) 820-8859 (Facsimile) | Telephone: 212-832-8300 |
| | Facsimile: 212-763-7600 |
| | *Attorneys for Defendant Philip Silverman* |
| | |
| MATTHEW R. GOLDMAN (MG-0719) | STUART I. FRIEDMAN (SF-9186) |
| WENDY J. GIBSON | IVAN KLINE (IK-9591) |
| BAKER & HOSTETLER LLP | FRIEDMAN & WITTENSTEIN |
| 3200 National City Center | A Professional Corporation |
| 1900 E. 9th Street | 600 Lexington Avenue |
| Cleveland, OH 44114 | New York, NY 10022 |
| Telephone: 216-621-0200 | Telephone: 212-750-8700 |
| Facsimile: 216-696-0740 | Facsimile: 212-223-8391 |
| *Attorneys for Defendant Dennis A. Klejna* | *Attorneys for Defendants William M. Sexton and Gerald M. Sherer* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re                                                                                    :   Chapter 11
                                                                                             :
                                                                                             :   Case No. 05-60006 (RDD)
REFCO INC., et al.,                                                          :
                                                                                             :   Jointly Administered
                             Debtors.                                           ::
---------------------------------------------------------------- x
AXIS REINSURANCE COMPANY,                                :   Adv. Proc. No. 07-01712 RDD
                                                                                             :
                             Plaintiff,                                           :
         v.                                                                             :
                                                                                             :   *Electronically Filed*
PHILLIP R. BENNETT, et al.,                                       :
                                                                                             :
                             Defendants.                                    ::
---------------------------------------------------------------- x
TONE N. GRANT, et al.,                                               :
                                                                                             :
                             Plaintiffs,                                         :
         v.                                                                             :   Adv. Proc. No. 07-2005-rdd
                                                                                             :
AXIS REINSURANCE COMPANY,                                :
                                                                                             :
                             Defendant.                                      :
---------------------------------------------------------------- x

```
-------------------------------------------------------------------------x
LEO R. BREITMAN, et al.,                         :
                                                 :
                           Plaintiffs,           :
              v.                                 :        Adv. Proc. No. 07-2032-rdd
                                                 :
AXIS REINSURANCE COMPANY,                        :
                                                 :
                           Defendant.            ::
-------------------------------------------------------------------------x
```

**APPELLEE INSUREDS KLEJNA, SEXTON, SHERER
AND SILVERMAN'S COUNTER-DESIGNATION OF THE
RECORD AND COUNTER-STATEMENT OF THE ISSUE ON
APPEAL IN RESPONSE TO APPELLANT AXIS REINSURANCE
COMPANY'S DESIGNATION OF ITEMS IN THE RECORD
ON APPEAL AND ITS STATEMENT OF THE ISSUE PRESENTED**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Counterclaim-Plaintiff Appellees Dennis Klejna, William M. Sexton, Gerald Sherer and Philip Silverman (collectively, "Appellee Insureds") hereby submit the following counter-designation of additional items to be included in the record on appeal and counter-statement of the issue on appeal in connection with the appeal of Axis Reinsurance Company ("Axis") from the Order of the United States Bankruptcy Court for the Southern District of New York, dated October 19, 2007, and as amended by the Errata Order entered October 22, 2007, granting the motion of the Appellee Insureds for summary judgment to require Axis to advance defense costs in the underlying actions.

**COUNTER-DESIGNATION OF THE RECORD ON APPEAL**

Appellee Insureds hereby counter-designate the following items, annexed hereto as exhibits numbered 1 through 16, to be included in the record on appeal:

| **Exhibit No.** | **Docket No.**[1] | **Description** |
|---|---|---|
| 1 | 1, Ex. C | Directors and Officers Insurance and Company Reimbursement Policy No. 1620924 issued to Refco LLC by Lexington Insurance Company for the period August 11, 2005 to August 11, 2006. |
| 2 | -- | Order, dated March 27, 2006, in In re Refco, Inc., No. 05-60006 (RDD) (Bankr. S.D.N.Y.), granting the motion of U.S. Specialty Insurance Company for relief from the automatic stay to advance and/or pay defense costs under directors and officers liability policy. |
| 3 | -- | Letter, dated April 25, 2007, from Leslie S. Ahari at Ross, Dixon & Bell, LLP, counsel for U.S. Specialty Insurance Company, to Luc A. Despins and Dennis C. O'Donnell at Millbank, Tweed, Hadley & McCloy, LLP. |
| 4 | -- | Order, dated May 4, 2007, in In re Refco, Inc., No. 05-60006 (RDD) (Bankr. S.D.N.Y.), granting the motion of Lexington Insurance Company for relief from the automatic stay to advance and/or pay defense costs under directors and officers liability policy. |
| 5 | 10 | Answer and Counterclaims of Defendants Dennis A. Klejna and Joseph Murphy, dated July 12, 2007, in the instant adversary proceeding. |
| 6 | -- | Order, dated August 3, 2007, in Murphy v. Lexington Insurance Co., No. L-5004-06 (N.J. Super. Ct.), granting summary judgment in favor of plaintiff insureds Joseph Murphy and Dennis Klejna, and against Lexington Insurance Company. |

---

[1] The "Docket No." entries correspond to the numbers set forth in the docket for the instant case on appeal, Axis Reinsurance Company v. Bennett, Adv. Proc. No. 07-01712-rdd (Bankr. S.D.N.Y.).

| **Exhibit No.** | **Docket No**.[1] | **Description** |
|---|---|---|
| 7 | -- | Letter, dated August 8, 2007 from James E. Tolan at D'Amato & Lynch, counsel for Lexington Insurance Company, to Luc A. Despins and Dennis C. O'Donnell at Millbank, Tweed, Hadley & McCloy, LLP. |
| 8 | 39 | Affidavit of Steven Kane, dated August 13, 2007, in Support of Axis' Memorandum in Opposition to Defendants' Application for a Preliminary Injunction Ordering Advancement of Defense Costs in the instant adversary proceeding (including exhibits). |
| 9 | 47 | Answer of Axis Reinsurance Company to Defendants William M. Sexton and Gerald Sherer's Counterclaims, dated August 16, 2007, in the instant adversary proceeding. |
| 10 | 48 | Answer of Axis Reinsurance Company to Defendant Philip Silverman's Counterclaims, dated August 16, 2007, in the instant adversary proceeding. |
| 11 | 54 | Answer of Axis Reinsurance Company to Defendants Dennis A. Klejna and Joseph Murphy's Counterclaims, dated August 23, 2007, in the instant adversary proceeding. |

| **Exhibit No.** | **Docket No.**[1] | **Description** |
|---|---|---|
| 12 | 61 | Declaration of Kenny Li, dated August 24, 2007, in Further Support of the Motion by Dennis A. Klejna, Joseph Murphy, William M. Sexton, Gerald Sherer, and Philip Silverman for Preliminary Injunctive Relief to Compel Axis to Advance Defense Costs in the instant adversary proceeding (including exhibits). |
| 13 | 85 | Motion by Dennis A. Klejna, William Sexton, Gerald Sherer, and Philip Silverman for Summary Judgment to Require Axis to Advance Defense Costs, dated September 25, 2007, in the instant adversary proceeding (including the attached Local Rule 7056.1 Statement of Undisputed Material Facts in Support of the Motion by Dennis A. Klejna, William Sexton, Gerald Sherer, and Philip Silverman for Summary Judgment to Require Axis to Advance Defense Costs). |
| 14 | 99 | Stipulation, signed on October 1, 2007, consolidating adversary proceedings and granting related relief in the instant adversary proceeding. |
| 15 | 117 | Letter, dated October 11, 2007, from Ivan Kline at Friedman & Wittenstein to Judge Robert D. Drain in the instant action regarding the decision in Carlin Equities Corp. v. Houston Casualty Co. |
| 16 | 127 | Errata Order, dated October 22, 2007, in the instant action. |

## **COUNTER-STATEMENT OF THE ISSUE PRESENTED ON APPEAL**

Appellee Insureds hereby submit the following counter-statement of the issue presented on appeal:

Whether the Bankruptcy Court erred in granting the Appellee Insureds' motion for summary judgment to require excess insurance carrier Axis to advance defense costs in the underlying actions, where it is undisputed that defense costs are covered under the Axis Policy and that the underlying actions fall within the definition of "Claims" that are covered by the Axis Policy, and the Primary Policy, to which the Axis Policy follows form, expressly requires the carrier to advance defense costs "as incurred," unless and until there is a final determination that such costs are not covered.

Dated: November 2, 2007
       New York, New York

                                            Respectfully submitted,

                                            FRIEDMAN & WITTENSTEIN
                                            A Professional Corporation

                                              /s/ Ivan Kline
                                            By: Stuart I. Friedman (SF-9186)
                                                Ivan Kline (IK-9591)
                                            600 Lexington Avenue
                                            New York, NY  10022
                                            Telephone:  (212) 750-8700
                                            Facsimile: (212) 223-8391
                                            *Attorneys for Defendants William M. Sexton and Gerald M. Sherer*

BAKER & HOSTETLER LLP

  /s/ Helen B. Kim
By: Helen B. Kim (HK-8758)
12100 Wilshire Blvd., Suite 1500
Los Angeles, CA 90025
Telephone: (213) 975-1600
Facsimile: (213) 975-1740

-and-

BAKER & HOSTETLER LLP
Matthew R. Goldman (MG-0719)
Wendy J. Gibson
3200 National City Center
1900 E. 9th Street
Cleveland, Ohio 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
*Attorneys for Defendant Dennis A. Klejna*


HELLER EHRMAN LLP


   /s/ Richard Cashman
By: Richard Cashman (RC-4769)
Times Square Tower
7 Times Square
New York, NY  10036-6524
Telephone: (212) 832-8300
Facsimile: (212) 763-7600
*Attorneys for Defendant Philip Silverman*