| | |
|---|---|
| Jeffrey T. Golenbock (JG-2217)<br>GOLENBOCK EISEMAN ASSOR<br> BELL & PESKOE LLP<br>437 Madison Avenue, 35th Floor<br>New York, New York 10022-7302<br>Tel: (212) 907-7300<br>Fax: (212) 754-0330<br><br>*Attorneys for Phillip R. Bennett*<br><br>Norman L. Eisen (admitted *pro hac vice*)<br>Laura E. Neish (LN-0040)<br>ZUCKERMAN SPAEDER LLP<br>1540 Broadway, Suite 1604<br>New York, New York 10036-4039<br>Tel: (212) 704-9600<br><br>*Attorneys for Tone N. Grant* | Gabriel Del Virginia (GV-4951)<br>LAW OFFICES OF GABRIEL DEL VIRGINIA<br>641 Lexington Avenue, 21st Floor<br>New York, New York 10022<br>Tel: (212) 371-5478<br><br>*-and-*<br><br>Barbara Moses (BM-2952)<br>MORVILLO, ABRAMOWITZ, GRAND,<br> IASON, ANELLO & BOHRER, P.C.<br>565 Fifth Avenue<br>New York, New York 10017<br>Tel: (212) 856-9600<br>Fax: (212) 856-9494<br><br>*Attorneys for Robert C. Trosten* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                             : Chapter 11
REFCO, INC., et al.,                               : Case No. 05-60006 (RDD)
    Debtors.                   : (Jointly Administered)
---------------------------------------------------------------x
AXIS REINSURANCE COMPANY,                          :
                                                   :
    Plaintiff,                 : Adv. Proc. No. 07-1712-rdd
                                                   :
  v.                                     :
                                                   :
PHILLIP R. BENNETT,                                :
                                                   :
    Defendants.                :
---------------------------------------------------------------x
TONE N. GRANT, ROBERT C. TROSTEN, AND :
PHILLIP R. BENNETT,                                :
                                                   :
                                                   : Adv. Proc. No. 07-2005-rdd
    Plaintiffs,                :
  v.                                     :
                                                   :
                                                   : *Electronically Filed*
AXIS REINSURANCE COMPANY,                          :
                                                   :
    Defendant.                 :
---------------------------------------------------------------x

1550399.1

```
-----------------------------------------------------------x
LEO R. BREITMAN, et al.                  :
                                         :
                Plaintiffs,              :
                                         :   Adv. Proc. No. 07-2032-rdd
        v.                               :
                                         :
AXIS REINSURANCE COMPANY,                :
                                         :
                Defendant.               :
-----------------------------------------------------------x
```

**APPELLEES' COUNTER-DESIGNATION OF ITEMS IN RECORD ON APPEAL AND COUNTER-STATEMENT OF ISSUE PRESENTED**

  Pursuant to Fed R. Bankr. P. Rule 8006, Appellees Tone N. Grant, Robert C. Trosten and Phillip R. Bennett (collectively, the "Grant Plaintiffs"), by counsel, hereby submit the following counter-designation of an additional item to be included in the record on appeal and counter-statement of the issue on appeal in connection with the appeal of Axis Reinsurance Company ("Axis") from the Order Granting Motions for Summary Judgment entered by the U.S. Bankruptcy Court for the Southern District of New York on October 19, 2007. The Grant Plaintiffs respectfully submit as follows:

**COUNTER-DESIGNATION OF RECORD**

  1. Motion by Defendants Bennett, Trosten and Grant to Compel Advancement and Dismiss the Complaint, or, if the Complaint is not Dismissed, to Stay Further Proceedings Against Them Pending the Outcome of Their Criminal Trial, dated July 12, 2007, (Docket No. 13, Adv. Proc. 07-01712-rdd (Bankr. S.D.N.Y.), annexed hereto as Exhibit 1.

## COUNTER-STATEMENT OF ISSUE ON APPEAL

1. Did the Bankruptcy Court err in granting the Grant Plaintiffs' Motion for Summary Judgment to Require Axis to Advance Defense Costs in the Underlying Litigations, where the unambiguous language of the Axis Policy provides that Axis must pay insureds' defense costs as they are incurred pending a final determination of coverage under the Axis Policy, and the insureds have incurred and continue to incur defense costs in actions that facially fall within the scope of the policy?

Dated: New York, New York
       November 2, 2007

      Signed:  s/ Norman L. Eisen
              Norman L. Eisen (*pro hac vice*)
              Laura E. Neish (LN-0040)
              Zuckerman Spaeder LLP
              Attorneys for Defendant/Appellee
              Tone N. Grant
              1540 Broadway, Suite 1604
              New York, New York 10036
              Tel: (212) 704-9600
              Fax: (212) 704-4256

              s/ Jeffrey T. Golenbock
              Jeffrey T. Golenbock (JG-2217)
              Golenbock Eiseman Assor
               Bell & Peskoe LLP
              Attorneys for Defendant/Appellee
              Phillip R. Bennett
              437 Madison Avenue, 35th Floor
              New York, New York 10022-7302
              Tel: (212) 907-7300
              Fax: (212) 754-0330

                    <u>s/ Gabriel Del Virginia</u>
                    Gabriel Del Virginia (GV-4951)
                    Law Offices Of Gabriel Del Virginia
                    641 Lexington Avenue, 21st Floor
                    New York, New York 10022
                    Tel: (212) 371-5478

                            *-and-*

                    Barbara Moses (BM-2952)
                    Morvillo, Abramowitz, Grand,
                     Iason, Anello & Bohrer, P.C.
                    Attorneys for Robert C. Trosten
                    565 Fifth Avenue
                    New York, New York 10017
                    Tel: (212) 856-9600
                    Fax: (212) 856-9494