USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re REFCO, INC. SECURITIES LITIGATION                      :    05 Civ. 8626 (GEL)
                                                             :
-------------------------------------------------------------x
                                                             :
AMERICAN FINANCIAL INTERNATIONAL                             :         **ORDER**
GROUP–ASIA, L.L.C. et al.,                                   :
                                                             :
                                Plaintiffs,                  :
                                                             :    05 Civ. 8988 (GEL)
       -against-                                             :
                                                             :
PHILLIP R. BENNETT et al.,                                   :
                                                             :
                                Defendants.                  :
                                                             :
-------------------------------------------------------------x
                                                             :
CHRISTOPHER CARMONA, derivatively on                         :
behalf of THE GOLDMAN SACHS GROUP,                           :
INC.,                                                        :
                                                             :
                                Plaintiff,                   :
                                                             :    05 Civ. 9327 (GEL)
       -against-                                             :
                                                             :
HENRY M. PAULSON et al.,                                     :
                                                             :
                                Defendants,                  :
       -and-                                                 :
                                                             :
THE GOLDMAN SACHS GROUP, INC.,                               :
a Delaware corporation,                                      :
                                                             :
                                Nominal Defendant.           :
                                                             :
-------------------------------------------------------------x
                                                             :
THOMAS H. LEE EQUITY FUND V, L.P. et al.,                    :
                                                             :
                                Plaintiffs,                  :
                                                             :    05 Civ. 9608 (GEL)
       - against-                                            :

| | |
|---|---|
| PHILLIP R. BENNETT et al., : | |
|          Defendants.    : | |
| ------------------------------------------------------------x | |
| In re REFCO CAPITAL MARKETS, LTD. : <br> BROKERAGE CUSTOMER SECURITIES : <br> LITIGATION | 06 Civ. 643 (GEL) |
| ------------------------------------------------------------x | |
| THOMAS H. LEE EQUITY FUND V, L.P. et al., : | |
|          Plaintiffs,    : | 07 Civ. 6767 (GEL) |
|    - against-    : | |
| MAYER, BROWN, ROWE & MAW LLP, : | |
|          Defendant.    : | |
| ------------------------------------------------------------x | |
| MARC S. KIRSCHNER, as Trustee of the : <br> Refco Litigation Trust, | |
|          Plaintiff,    : | 07 Civ. 7074 (GEL) |
|    - against-    : | |
| THOMAS H. LEE PARTNERS, L.P. et al., : | |
|          Defendants.    : | |
| ------------------------------------------------------------x | |
| AXIS REINSURANCE COMPANY, : | |
|          Plaintiff,    : | 07 Civ. 7924 (GEL) |
|    - against-    : | |
| PHILLIP R. BENNETT et al., : | |

2

|  |  |
|---|---|
| Defendants. | : |

------------------------------------------------------------x

MARC S. KIRSCHNER, as Trustee of the
Refco Private Actions Trust,

                Plaintiff,

  - against-

PHILLIP R. BENNETT et al.,

                Defendants.

07 Civ. 8165 (GEL)

------------------------------------------------------------x

THOMAS H. LEE EQUITY FUND V, L.P. et al.,

                Plaintiffs,

  - against-

GRANT THORNTON LLP,

                Defendant.

07 Civ. 8663 (GEL)

------------------------------------------------------------x

VR GLOBAL PARTNERS, L.P. et al.,

                Plaintiffs,

  - against-

PHILLIP R. BENNETT et al.,

                Defendants.

07 Civ. 8686 (GEL)

------------------------------------------------------------x

CAPITAL MANAGEMENT SELECT FUND
LTD. et al.,

                Plaintiffs,

|  |  |
|---|---|
| - against- | 07 Civ. 8688 (GEL) |
| PHILLIP R. BENNETT et al., | |
| Defendants. | |

|  |  |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, | |
| Plaintiff, | 07 Civ. 9238 (GEL) |
| - against- | |
| THOMAS HACKL et al., | |
| Defendants. | |

|  |  |
|---|---|
| In re REFCO, INC. | 07 Civ. 9420 (GEL) |
|  | 07 Civ. 9482 (GEL) |
|  | 07 Civ. 9483 (GEL) |
|  | 07 Civ. 10302 (GEL) |

GERARD E. LYNCH, District Judge:

      The Court has received a letter from counsel for defendant Grant Thornton LLP stating that the parties to a number of the above-captioned cases have been attempting to schedule a meeting to discuss matters to be addressed at the status conference currently scheduled for November 30, 2007, at 3:30 p.m., but that the parties have been unable to meet as a result of the large number of counsel and the intervening Thanksgiving holiday. Having received a request to adjourn the status conference for a brief period to permit interested parties to confer, it is hereby ORDERED that the status conference is re-scheduled for December 10, 2007, at 3 p.m.

SO ORDERED.

Dated: New York, New York
       November 27, 2007

                                                  GERARD E. LYNCH
                                                  United States District Judge