UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
In re REFCO, INC., et. al.                              :   Master File: No. 1:07-cv-10302 (GEL)
                                                        :
                                                        :
                                                        :   ECF Case
                                                        :
                                                        :
------------------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS (COUNSEL FOR DENNIS A. KLEJNA)

To the Clerk of the court and all parties of record:

Please take notice that Helen B. Kim is no longer associated with Baker & Hostetler LLP.

Please change all records effective February 1, 2008 to reflect the following address and contact information:

> Helen B. Kim
> Katten Muchin Rosenman LLP
> 2029 Century Park East, Suite 2600
> Los Angeles, CA 90067
> Phone (310) 788-4400
> Fax (310) 788-4471
> Helen.Kim@Kattenlaw.com

Dated:  Los Angeles, California          Respectfully submitted,
        February 1, 2008


                                         _____/s/ Helen B. Kim_____
                                         Helen B. Kim
                                         Katten Muchin Rosenman LLP
                                         2029 Century Park East, Suite 2600
                                         Los Angeles, CA 90067
                                         Phone: (310) 788-4400
                                         Fax:   (310) 788-4471

# Mailing Information for a Case 1:07-cv-10302-GEL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert Aaron Benjamin**
  rbenjamin@kbrlaw.com

- **Richard Cashman**
  Richard.Cashman@hellerehrman.com

- **Gabriel Del Virginia**
  gabriel.delvirginia@verizon.net

- **Norman L. Eisen**
  neisen@zuckerman.com

- **Joan M. Gilbride**
  jgilbride@kbrny.com

- **Jeffrey T. Golenbock**
  jgolenbock@golenbock.com

- **Helen Byung-Son Kim**
  helen.kim@kattenlaw.com

- **Ivan O. Kline**
  ikline@friedmanwittenstein.com

- **Rachel Marissa Korenblat**
  rkorenblat@maglaw.com

- **Barbara Moses**
  bmoses@maglaw.com

- **Michael Francis Walsh**
  michael.walsh@weil.com,mark.ribaudo@weil.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the attached Electronic Mail Notice List.

                                                               /s/ Helen B. Kim
                                                            Helen B. Kim