UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>AXIS REINSURANCE COMPANY,<br>         Appellant,<br>v.<br><br>DENNIS KLEJNA, et al.,<br>         Appellees.<br><br><br>In Re:<br><br>REFCO, INC.,<br>         Debtor. | Docket No. 07-CV-10302 (GEL)<br><br><br><br><br><br><br><br>Bankruptcy Case No.<br>05-60006 (RDD) |

## NOTICE OF WITHDRAWAL

Please take notice that Baker & Hostetler LLP hereby withdraws as counsel for Appellee Dennis A. Klejna.

**BAKER & HOSTETLER LLP**

Respectfully submitted,

Ona T. Wang (OW-5462)
45 Rockefeller Plaza
New York, New York 10111
(212) 589-4200
(212) 589-4201 (fax)
*Attorneys for Appellee Dennis A. Klejna*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February 2008, a copy of the foregoing **NOTICE OF WITHDRAWAL** was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing

_____
Ramon Cabrera
Paralegal