UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
AXIS REINSURANCE COMPANY,                                    :
:
                Plaintiff,                          :
:   07 Civ. 10302 (GEL)
      -v-                                                    :
:   **ORDER**
PHILIP R. BENNETT et al.,                                    :
:
                Defendants.                         :
:
-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

GERARD E. LYNCH, District Judge:

       On January 2, 2008, this Court denied Axis Reinsurance's motion for a stay of the October 19, 2007, Order of the Bankruptcy Court requiring Axis to advance defense costs pending this Court's consideration of that Order. On January 14, 2008, Axis submitted a second motion for a stay of the Order.

       Having carefully considered the parties' supplementary briefing on Axis's motion for a stay, and the briefs on the merits of Axis's appeals from the Bankruptcy Court, Axis's motion for a stay is denied.

SO ORDERED.

Dated: New York, New York
       February 19, 2008

                                                       /s/ Gerard E. Lynch
                                              GERARD E. LYNCH
                                              United States District Judge